# EXHIBIT B

100.com <chinagreene88@yahoo.com>
14, 2013 8:54 PM
)ski@gmail.com>
:nt

iately
ed with hopes to accelerate asap. Also offered to meet for drinks while you in HK. Would saturday 21st be good for you?
less BlackBerry

---

zulkoski@gmail.com>
25:07 -0400
oski@gmail.com>; <chinagreene88@yahoo.com>
:nt


se from you.



ilto:bzulkoski@gmail.com]
ber, 2013 11:14 AM
).com'
nent



…we agree to a payment schedule which assumes set monthly payments for 36 months. As of August 1, 2013 the
vas $226, 483.21 (interest and principle). Amortizing that amount over 36 months at 15% results in a monthly

Loan Table

| nthly ment | Beginning Balance | Total Payments | Interest | Principle | Ending Balance |
|---|---|---|---|---|---|
| 1.12 | $ 226,483.21 | $ 94,213.44 | $ 29,653.40 | $ 64,560.04 | $ 161,923.17 |
| 1.12 | $ 161,923.17 | $ 94,213.44 | $ 19,275.08 | $ 74,938.36 | $  86,984.81 |
| 1.12 | $  86,984.81 | $ 94,213.44 | $  7,228.40 | $ 86,984.81 | $         -    |

amount works for you I would like the first payment to be $23,553.36, payable on October 1st. This amount will
and October, with the next payment of $7,851.12 due on November 1st and then the first of each month until August

you think.

oo.com [mailto:chinagreene88@yahoo.com]
, 2013 9:35 AM

ent

though the 15% retroactive seems high. However, your forbearance should be compensated and if you feel this is the
ged to agree.

ideration is that I am beginning to see the light in our business. And once these Fall closings occur, I should be able
you.

rsed has always been my highest priority after funding Diamond Dragon.

ou in HK on 21st for drinks if still good for you.
ireless BlackBerry

" <bzulkoski@gmail.com>
)8:45:02 -0400
inagreene88@yahoo.com>
nt


I think we should come up with a set loan repayment schedule with a graduated monthly payment and a new interest at the original due date. I will send you the payment schedule and a new note to sign.