UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| ROBERT J. ZULKOSKI, | : |
| Plaintiff, | : |
| | : |
| v. | : Docket No. 2:19-CV-182 |
| | : |
| EDWARD GREENE, | : |
| Defendant. | : |

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed March 23, 2022.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Renewed Motion for Default Judgment (Doc. 20) is GRANTED.  Judgment is hereby entered against Defendant and in favor of Plaintiff in the amount of $343,000.

Dated at Burlington, in the District of Vermont, this 2nd day of May 2022.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge